IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRANDON JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAMEDA DISTRICT ATTORNEY OFFICE, et al.,<br><br>　　　　　Defendants. | Case No. C 15-6145 PSG (PR)<br><br>**JUDGMENT** |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  3/21/2016

　　　　　　　　　　　　　　　　　*Paul S. Grewal*
　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. C 15-6145 PSG (PR)
JUDGMENT